UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re                                                                  Chapter 11

   Boerum Hill Developers 26 LLC,                   Case No. 19-24146

             Debtor.

-------------------------------------------------------X

## QUARTERLY OPERATING STATEMENT FOR THE PERIOD

10/01/2021-12/31/2021

DEBTOR'S ADDRESS:
868 39TH St.
Brooklyn, NY 11232

                    QUARTERLY DISBURSEMENTS:

                    $0

DEBTOR'S ATTORNEY:

   Backenroth, Frankel, & Krinsky, LLP
   800 Third Ave, 11th Floor         QUARTERLY OPERATING PROFIT
   New York, NY 10022             (LOSS):
                                              $0

REPORT PREPARER:

                    the Debtor.

   THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

   The undersigned, having reviewed the attached report and being familiar with Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: 03/24/2022                             s/Theodore Welz, Managing Member
                                                          SIGNATURE AND TITLE

Indicate if this is an amended statement by check here.

## Receipts and Disbursements

| | |
|---|---|
| RECEIPTS | $-0- |
| DISBURSEMENTS | $-0- |

## Balance Sheet

ASSETS

| | |
|---|---|
| Real Property | $-0- |
| Personal Property | $-0- |

LIABILITIES

| | |
|---|---|
| Secured Claims | $-0- |
| General Unsecured (Unliquidated) | $0-0 |